IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| VIOLA BELSER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 2:06cv1038-MHT |
| | ) |
| PROGRESSIVE DIRECT | ) |
| INSURANCE COMPANY, INC., | ) |
| | ) |
| Defendant. | ) |

### REPORT OF PARTIES' PLANNING MEETING

1. Pursuant to Fed.R.Civ.P. 26(f), a meeting was held on December 7, 2006, via telephone and was attended by:

   Jerry M. Blevins for Plaintiff

   R. Larry Bradford for Defendant

2. **Pre-discovery Disclosures.** The parties will exchange by January 19, 2007, the information required by Fed.R.Civ.P. 26(a)(1).

3. **Discovery Plan.** The parties jointly propose to the court the following discovery plan:

   A. Discovery will be needed on the following subjects: The allegations of the Complaint and all matters relevant thereto and those defenses asserted by Defendant in its Answer.

   B. Disclosure or discovery of electronically stored information should be handled as follows: copies of any such information shall be produced as with non-electronically stored information.

1

   C. The parties have agreed to an order regarding claims of privilege or of protection as trial-preparation material asserted after production, as follows: All materials to be held strictly confidential unless and until the Court rules otherwise.

   D. All discovery commenced in time to be completed by June 15, 2007.

   E. Maximum of 40 interrogatories by each party to any other party.

   F. Maximum of 40 requests for admission by each party to any other party.

   G. Maximum of 6 depositions by Plaintiff and Defendant.

   H. Each deposition other than of Plaintiff and Defendant's corporate representative limited to maximum of 6 hours unless extended by agreement of parties.

   I. Reports from retained experts under Rule 26(a)(2) due:

   from Plaintiff by February 9, 2007;

   from Defendant by February 23, 2007.

   Supplementations under Rule 26(e) due April 2, 2007.

4. **Other Items.**

   A. The parties do not request a conference with the court before entry of the scheduling order.

   B. The parties request a pretrial conference in June 2007.

   C. Plaintiff should be allowed until February 9, 2007 to join additional parties and until February 16, 2007 to amend the pleadings.

   D. Defendant should be allowed until February 16, 2007 to join additional parties and until February 23, 2007 to amend the pleadings.

   E. All potentially dispositive motions should be filed by March 15, 2007.

   F. Settlement cannot be evaluated prior to completion of discovery.

G. Final lists of witnesses and exhibits under Rule 26(a)(3) should be due from Plaintiff by April 13, 2007; from Defendant by May 1, 2007.

H. Parties should have ten days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

I. The case should be ready for trial by July 23, 2007, and at this time is expected to take approximately 2 days to try.

Date: December 7, 2006.

/s Jerry M. Blevins
Jerry M. Blevins (BLE003)
Counsel for Plaintiff
Hillwood Office Center
2800 Zelda Road, Suite 200-3
Montgomery, Alabama 36106
(334) 262-7600 (Voice)
(334) 262-7644 (Fax)

/s R. Larry Bradford
R. Larry Bradford (BRA039)
Counsel for Defendant
Bradford & Sears, P.C.
2020 Canyon Road, Suite 100
Birmingham, Alabama 35216
(205) 871-7733 (Voice)