IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| VIOLA BELSER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PROGRESSIVE DIRECT )<br>INSURANCE COMPANY, )<br>)<br>Defendant. ) | Civil Action No.:<br>2:06cv1038MHT |

## CORPORATE DISCLOSURE STATEMENT

Comes now the defendant, Progressive Halcyon Insurance Company, pursuant to the order entered on January 14, 2000 for disclosure of corporate defendants, and makes the following disclosures:

1. The correct name of the defendant is Progressive Halcyon Insurance Company.

2. Progressive Halcyon is a wholly-owned subsidiary of the Progressive Corporation.

3. Progressive underwrites automobile policies through the following Progressive companies: Artisan and Truckers Casualty Company, Drive New Jersey Insurance Company, Mount Laurel Assurance Company, National Continental Insurance Company, Progressive Advanced Insurance Company, Progressive American Insurance Company, Progressive Bayside Insurance Company, Progressive Casualty Insurance Company, Progressive Classic Insurance Company, Progressive County Mutual Insurance Company, Progressive Halcyon Insurance Company/Progressive Direct Insurance Company, Progressive Express Insurance

Company, Progressive Freedom Insurance Company, Progressive Garden State Insurance Company, Progressive Gulf Insurance Company, Progressive Hawaii Insurance Corp., Progressive Marathon Insurance Company, Progressive Max Insurance Company, Progressive Michigan Insurance Company, Progressive Mountain Insurance Company, Progressive Northeastern Insurance Company, Progressive Northern Insurance Company, Progressive Northwestern Insurance Company, Progressive Paloverde Insurance Company, Progressive Preferred Insurance Company, Progressive Security Insurance Company, Progressive Select Insurance Company, Progressive Southeastern Insurance Company, Progressive Specialty Insurance Company, Progressive Universal Insurance Company, Progressive West Insurance Company, Progressive Choice Insurance Company, and United Financial Casualty Company.

4.  Progressive now sells personal lines of automobile coverage through independent insurance agencies under the name of Direct Insurance. It sells personalized insurance by telephone and on the Internet through Progressive Direct.

/s/ R. Larry Bradford
R. Larry Bradford, Attorney for Defendant,
Progressive Halcyon Insurance Company
Attorney Bar Code: BRA039

OF COUNSEL:
Bradford & Sears, P.C.
2020 Canyon Road
Suite 100
Birmingham, AL 35216

## CERTIFICATE OF SERVICE

I hereby certify that I have this the 3 day of January, 2007, served a copy of the foregoing to all attorneys of record by placing a copy of same in the United States Mail, postage prepaid and properly addressed as follows:

Jerry M. Blevins, Esq.
Law Office of Jerry M. Blevins
Hillwood Office Center
2800 Zelda Road, Suite 200-3
Montgomery, AL 36106

_____
OF COUNSEL