IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| VIOLA BELSER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.:  2:06cv1038-MHT |
| ) | |
| PROGRESSIVE DIRECT, et cet., ) | |
| ) | |
| Defendant. ) | |

**MOTION TO COMPEL**

**COMES NOW** the Plaintiff, Viola Belser, by and through her undersigned counsel, and pursuant to Rule 37 of the *Federal Rules of Civil Procedure*, respectfully moves the Court to enter an Order compelling Defendant to respond to certain outstanding discovery requests, and as grounds therefore would show as follows:

1.  That on February 14, 2007, Plaintiff served Defendant with a First Request for Production of Documents, and a First Set of Interrogatories. (see Exhibits A & B, respectively).

2.  That according to the undersigned's calculations, responses to each of the discovery requests were due on or before March 19, 2007.

3.  That to date, Defendant has failed/refused to provide responses to either discovery request.

4.  The undersigned hereby certifies by the signature below that prior to the filing of this motion the undersigned made a good faith effort to confer with Defendant's counsel in an effort to secure the information or material sought without court action, to no avail. All communications directed to Defendant's counsel have gone unanswered to date.

5.  Plaintiff asserts that the requested discovery is relevant to the pending claims and/or reasonably calculated to lead to the discovery of admissible evidence, and as such is

discoverable.

**WHEREFORE** Plaintiff prays that the Court will order Defendant to respond to Plaintiff's First Set of Interrogatories and Request for Production of Documents within ten (10) days of the Court's Order, for the reasons set forth herein.

          /s/ Jerry M. Blevins
          JERRY M. BLEVINS (BLE003)
          Counsel for Plaintiff

OF COUNSEL:
Law Office of Jerry M. Blevins
Hillwood Office Center
2800 Zelda Road, Suite 200-3
Montgomery, Alabama 36106
(334) 262-7600 (Voice)
(334) 262-7644 (Fax)
E-Mail: ATTYJMBlev@aol.com

2

CERTIFICATE OF SERVICE

    I hereby certify that on the 26th day of March, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following parties or counsel:

        R. Larry Bradford, Esq.
        Bradford & Sears, P.C.
        200 Canyon Road, Suite 100
        Birmingham, Alabama 35216


                        /s/ Jerry M. Blevins
                        Jerry M. Blevins

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| VIOLA BELSER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 2:06-cv1038-MHT |
| | ) | |
| PROGRESSIVE DIRECT, et cet., | ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT

**COME NOW** the Plaintiff, Viola Belser, by and through her undersigned counsel, requests Defendant within the time prescribed to produce the following:

1. The original or legible copy of the "claims file" referenced at 6.B.2. of Defendant's Initial Disclosures, dated January 3, 2007.

2. The original or legible copy of each and every written document sent to Plaintiff concerning the Uninsured Motorist claim(s) the subject of this litigation.

3. The original or legible copy of each and every document received from Plaintiff concerning the Uninsured Motorist claim(s) the subject of this litigation.

4. The original or legible copy of any and all medical records in Defendant's possession on the date Defendant made an "initial offer of settlement" in the sum of $11,505.00, to Plaintiff, on her Uninsured Motorist claim(s) the subject of this litigation.

5. The original or legible copy of all written policies, directives, instructions, or other writings, that were in effect between the dates of October 2004 through October 2006, that set forth the procedure for the handling of an insured's Uninsured Motorist claim.

**"EXHIBIT A"**

1



JERRY M. BLEVINS (BLE003)
Attorney for Plaintiff

OF COUNSEL:
Law Office of Jerry M. Blevins
Hillwood Office Center
2800 Zelda Road, Suite 200-3
Montgomery, Alabama 36106
(334) 262-7600 (Voice)
(334) 262-7644 (Fax)

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon:

    R. Larry Bradford, Esq.
    Bradford & Sears, P.C.
    200 Canyon Road, Suite 100
    Birmingham, Alabama 35216

by depositing a copy of the same in the U.S. Mail, postage prepaid, this the 14th day of February, 2007.

Jerry M. Blevins

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| VIOLA BELSER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.:  2:06-cv1038-MHT |
| | ) | |
| PROGRESSIVE DIRECT, et cet., | ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFF'S FIRST SET OF INTERROGATORIES
## TO DEFENDANT

Comes now the Plaintiff, Viola Belser, by and through her undersigned counsel, and desiring the testimony of Defendant, propounds the following interrogatories to be answered separately and severally, in the manner and form provided by law; viz:

1. With respect to your "initial settlement offer" to plaintiff in the amount of $11,505.00, as set forth at ¶10 of your Objections and Responses to Plaintiff's Request for Admissions of Defendant, Progressive Halcyon Insurance Company, dated January 15, 2007, please state the date this offer was made and how you arrived at this figure.

   **ANSWER:**

2. Of the $11,505.00 "initial settlement offer" referenced at Interrogatory 1, how much of this sum was intended for medical costs?

   **ANSWER:**

**"EXHIBIT B"**

1

3. Of the $11,505.00 "initial settlement offer" referenced at Interrogatory 1, how much of this sum was intended to compensate Plaintiff for pain and suffering?

   **ANSWER:**

4. Of the $11,505.00 "initial settlement offer" referenced at Interrogatory 1, how much of this sum was intended to compensate Plaintiff for mental anguish?

   **ANSWER:**

5. Of the $11,505.00 "initial settlement offer" referenced at Interrogatory 1, how much of this sum was intended to compensate Plaintiff for lost wages?

   **ANSWER:**

6. Prior to the time the "initial settlement offer" of $11,505.00 was made, as referenced at Interrogatory 1, did Defendant conduct a review of Plaintiff's medical records. If so, please:

   a) Identify all medical records reviewed;

   b) Identify the name and job title of the person(s) who reviewed the medical records;

   c) State the conclusions reached as to the nature and severity of Plaintiff's

2

       physical injuries based upon the review of Plaintiff's medical records.

**ANSWER:**

7. At anytime after receipt of Plaintiff's Uninsured Motorist claim(s), did Defendant establish a "reserve" intended to cover sums payable to Plaintiff on her Uninsured Motorist claim(s). If so, please state the "reserve" amount(s) and how this sum was determined.

    **ANSWER:**

8. Did Defendant make any offers to Plaintiff other than the "initial settlement offer" in the amount of $11,505.00, as referenced at Interrogatory 1? If so, please state:
    a) the amount of the offer;
    b) the date the offer was made;
    c) the manner in which the offer was communicated (ie. orally, writing, etc); &
    d) Plaintiff's response to the offer.

    **ANSWER:**

9. With respect to the auto accident precipitating Plaintiff's Uninsured Motorist claim(s) the subject of this litigation, please state the date Defendant first determined that Tachima

3

Hall was operating an uninsured motor vehicle on the date of the subject auto accident.

**ANSWER:**

10. With respect to the auto accident precipitating Plaintiff's Uninsured Motorist claim(s) the subject of this litigation, please state the date Defendant first determined that Tachima Hall was at fault in causing the accident.

**ANSWER:**

11. Do you acknowledge that the "initial settlement offer" in the amount of $11,505.00, as referenced at Interrogatory 1, was unreasonable based upon the severity of Plaintiff's injuries. If your answer is in the negative, please state each and every basis for your belief that the offer was not unreasonable.

**ANSWER:**

12. Prior to the time the "initial settlement offer" of $11,505.00 was made, did Defendant learn that Plaintiff had missed time from work due to injuries sustained in the auto accident the subject of this litigation? If so, please state the date this information was first learned and further state the amount of time Plaintiff reported she had missed from work.

**ANSWER:**



_____
JERRY M. BLEVINS (BLE003)
Attorney for Plaintiff

OF COUNSEL:
Law Office of Jerry M. Blevins
Hillwood Office Center
2800 Zelda Road, Suite 200-3
Montgomery, Alabama 36106
(334) 262-7600 (Voice)
(334) 262-7644 (Fax)

CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon:

R. Larry Bradford, Esq.
Bradford & Sears, P.C.
200 Canyon Road, Suite 100
Birmingham, Alabama 35216

by depositing a copy of the same in the U.S. Mail, postage prepaid, this the 14th day of February, 2007.

_____
Jerry M. Blevins