IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| VIOLA BELSER, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:06cv1038-MHT |
| | ) |
| PROGRESSIVE DIRECT, *et al*, | ) |
| | ) |
|     Defendants. | ) |

## ORDER

Upon consideration of the plaintiff's motion to compel (doc. # 9), it is

ORDERED that on or before April 11, 2007, the opposing party shall show cause why the motion should not be granted.

Done this 27th day of March, 2007.

                              /s/Charles S. Coody
                              CHARLES S. COODY
                              CHIEF UNITED STATES MAGISTRATE JUDGE