IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| VIOLA BELSER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PROGRESSIVE DIRECT )<br>INSURANCE COMPANY, INC., )<br>)<br>Defendant. ) | Civil Action No.: 2:06cv1038-MHT |

## NOTICE CONCERNING SETTLEMENT CONFERENCE and MEDIATION

**COMES NOW** the Plaintiff, Viola Belser, by and through her undersigned counsel, and pursuant to Section 3 of the Court's Uniform Scheduling Order dated December 8, 2006, say's as follows:

1. That on March 30, 2001, counsel for the parties conducted a face-to-face settlement conference at which counsels engaged in good faith settlement negotiations. However, a settlement was not reached.

2. Counsels for the parties do not believe mediation will assist in resolving the case short of trial at this time.

/s/ Jerry M. Blevins
JERRY M. BLEVINS (BLE003)
Counsel for Plaintiff

OF COUNSEL:
Law Office of Jerry M. Blevins
Hillwood Office Center
2800 Zelda Road, Suite 200-3
Montgomery, Alabama 36106
(334) 262-7600 (Voice)
(334) 262-7644 (Fax)
E-Mail: ATTYJMBlev@aol.com

CERTIFICATE OF SERVICE

    I hereby certify that on the 2nd day of April, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following parties or counsel:

        R. Larry Bradford, Esq.
        Bradford & Sears, P.C.
        200 Canyon Road, Suite 100
        Birmingham, Alabama 35216

        /s/ Jerry M. Blevins
        Jerry M. Blevins