IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

VIOLA BELSER,                          )
                                       )
            Plaintiff,                 )
                                       )
v.                                     )          Civil Action No.:  2:06cv1038-MHT
                                       )
PROGRESSIVE DIRECT                     )
INSURANCE COMPANY, INC.,               )
                                       )
            Defendant.                 )

## AMENDED NOTICE CONCERNING SETTLEMENT
## CONFERENCE and MEDIATION

  **COMES NOW** the Plaintiff, Viola Belser, by and through her undersigned counsel, and files

her Amended Notice Concerning Settlement Conference and Mediation, and say's as follows:

  1.  Plaintiff incorporates by reference the content of her filing entitled: Notice Concerning

Settlement Conference and Mediation, as if set forth fully herein.

  2.  Plaintiff's original Notice erroneously reflected that the court ordered face-to-face

settlement meeting occurred on March 30, 2001. In-fact, the meeting occurred on March 30,

2007.


                                       /s/ Jerry M. Blevins
                                       JERRY M. BLEVINS (BLE003)
                                       Counsel for Plaintiff

OF COUNSEL:
Law Office of Jerry M. Blevins
Hillwood Office Center
2800 Zelda Road, Suite 200-3
Montgomery, Alabama 36106
(334) 262-7600 (Voice)
(334) 262-7644 (Fax)
E-Mail: ATTYJMBlev@aol.com

1

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 2nd day of April, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following parties or counsel:

> R. Larry Bradford, Esq.
> Bradford & Sears, P.C.
> 200 Canyon Road, Suite 100
> Birmingham, Alabama 35216

> <u>/s/ Jerry M. Blevins</u>
> Jerry M. Blevins