IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| VIOLA BELSER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06cv1038-MHT |
| ) | |
| PROGRESSIVE DIRECT, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

On March 27, 2007, the plaintiff filed a motion to compel (doc. # 9). After being given an opportunity to respond, the defendant has filed nothing in opposition to the motion to compel. Accordingly, upon consideration of the motion, and for good cause, it is

ORDERED that the motion to compel (doc. # 9) be and is hereby GRANTED. The defendant be and is hereby DIRECTED to respond to the plaintiff's first request for production of documents and first set of interrogatories on or before May 4, 2007.

Done this 25th day of April, 2007.

                                          /s/Charles S. Coody
                                    CHARLES S. COODY
                                    CHIEF UNITED STATES MAGISTRATE JUDGE