IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| VIOLA BELSER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO:2:06cv1038MHT |
| | ) |
| PROGRESSIVE HALCYON | ) |
| INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

## MOTION TO COMPEL

Comes now the defendant, Progressive Halcyon Insurance Company ("Progressive"), pursuant to Rule 37 of the Federal Rules of Civil Procedure, and moves the court to enter an order compelling the plaintiff to comply with discovery. In support of the motion, Progressive shows unto the court the following:

1. This case arises out of an automobile accident which occurred on October 6, 2004 in Montgomery, Alabama.

2. The plaintiff claims she received personal injuries in the accident and seeks to recover damages for her injuries.

3. Blue Cross & Blue Shield of Alabama ("Blue Cross") would have provided coverage for the alleged injuries received by the plaintiff in the aforementioned accident.

4. Blue Cross will not respond to a civil subpoena unless it is accompanied by a HIPAA order or an authorization executed by the plaintiff.

5.  Progressive requested that the plaintiff execute an authorization for the release of these records on March 2, 2007, March 30, 2007 and on April 16, 2007. The plaintiff has not responded.

6.  Progressive needs the Blue Cross records in order to properly evaluate this case for settlement or to prepare it for trial.

7.  In addition, the plaintiff claims that her alleged injuries arising out of the automobile accident were treated at Baptist Medical Center South ("Baptist").

8.  Baptist will not will not respond to a civil subpoena unless it is accompanied by a HIPAA order or an authorization executed by the plaintiff.

9.  Progressive requested that the plaintiff execute an authorization for the release of these records on March 30, 2007 and on April 16, 2007. The plaintiff has not responded.

10. Progressive needs the medical and billing records from Baptist in order to properly evaluate this case for settlement or to prepare it for trial.

11. Finally, the plaintiff is seeking to recover damages for lost wages due to injuries arising out of this accident.

12. The Plaintiff is employed by the Department of Defense as a data transcriptionist at Maxwell Air Force Base in Montgomery, Alabama.

13. The Department of Defense will not respond to a civil subpoena unless it is accompanied by an authorization executed by the plaintiff.

14. Progressive requested that the plaintiff execute an authorization for the release of these records on March 30, 2007 and on April 16, 2007. The plaintiff has not responded.

15. Progressive needs the personnel records on the plaintiff from the Department of Defense in order to properly evaluate this case for settlement or to prepare it for trial.

16. Progressive respectfully requests that the court issue an order compelling the plaintiff to execute authorizations in this case. A proposed order is attached to this motion.

*[signature]*
R. Larry Bradford, Attorney
for Defendant, Progressive Halcyon
Insurance Company
Attorney Bar Code: BRA039

OF COUNSEL:

Bradford & Sears, P.C.
2020 Canyon Road, Suite 100
Birmingham, AL 35216
(205)871-7733

## CERTIFICATE OF SERVICE

I hereby certify that I have this the *10* day of May, 2007, served a copy of the foregoing to all attorneys of record by filing the same electronically to addresses as follows:

Jerry M. Blevins, Esq.
Law Office of Jerry M. Blevins
Hillwood Office Center
2800 Zelda Road, Suite 200-3
Montgomery, AL 36106

*[signature]*
OF COUNSEL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| VIOLA BELSER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO:2:06cv1038MHT |
| | ) |
| PROGRESSIVE HALCYON | ) |
| INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

### **ORDER**

THIS CAUSE comes on the motion filed by the defendant, Progressive Halcyon Insurance Company ("Progressive"), to compel the plaintiff to execute authorizations to obtain medical and employment records in this case. The court, having considered the motion, finds that it is due to be granted, and it is therefore

ORDERED that the plaintiff is hereby directed to produce executed authorizations for the defendant to obtain medical and employment records on the plaintiff to the defendant's attorney within ____ days from the date of this order, and it is further

ORDERED that the defendant's attorney shall make any records obtained pursuant to the authorization available for inspection and copying by the plaintiff's attorney.

Ordered this the ____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE