IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| VIOLA BELSER, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:06cv1038-MHT |
| | ) |
| PROGRESSIVE DIRECT, | ) |
| | ) |
|    Defendant. | ) |

**ORDER**

Upon consideration of the defendant's motion to compel (doc. # 16 ) filed on May 10, 2007, it is

ORDERED that the motion be DENIED pursuant to FED. R. CIV. P. 26(c) and 37(a)(2)(B). These rules, as amended on December 1, 1993, require litigants to resolve discovery disputes by a *good faith conference* before seeking court intervention. *Written communications between counsel do not constitute a conference*. Discovery motions filed pursuant to these Rules *must be accompanied by a certification* that the movant has in good faith conferred or attempted to confer with other affected parties in an effort to resolve the dispute without court action. Counsel for the parties are DIRECTED to hold not later than 20 days from the date of this order, the required good faith conference. The parties are encouraged to review this district's Guidelines to Civil Discovery which may be found at http://www.almd.uscourts.gov.

Done this 11th day of May, 2007.

     /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE