IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| VIOLA BELSER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO:2:06cv1038MHT |
| | ) |
| PROGRESSIVE HALCYON | ) |
| INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

## MOTION TO EXTEND SCHEDULING ORDER

Comes now the defendant, Progressive Halcyon Insurance Company ("Progressive"), and moves the court to extend its scheduling deadline to allow it to file a motion for summary judgment on the plaintiff's claims in this case. In support of the motion, Progressive shows unto the court the following:

1. The court entered a scheduling order in this case on December 8, 2006.

2. The deadline to file dispositive motions was on March 19, 2007.

3. The depositions of Progressive's representatives, Larry Lackey and Donald Lewis, were not taken until June 1, 2007. (See exhibit "A" and "B").

4. The parties recently completed the discovery process. Therefore, Progressive requests that the court extend the deadline to file dispositive motions to allow it to file a motion for summary judgment.

5. The plaintiff will not be prejudiced by the extension.

6. Progressive requests that the court grant its motion to extend the dispositive motion deadline to allow it to file a motion for summary judgment within the next seven days.

/S/ R. Larry Bradford
R. Larry Bradford, Attorney for Defendant, Progressive Halcyon Insurance Company
Attorney Bar Code: BRA039

/S/ Shane T. Sears
Shane T. Sears, Attorney for Defendant, Progressive Halcyon Insurance Company
Attorney Bar Code: SEA026

OF COUNSEL:

Bradford & Sears, P.C.
2020 Canyon Road, Suite 100
Birmingham, AL 35216
(205)871-7733

## CERTIFICATE OF SERVICE

I hereby certify that I have this the 11th day of June, 2007, served a copy of the foregoing to all attorneys of record by filing the same electronically to addresses as follows:

Jerry M. Blevins, Esq.
Law Office of Jerry M. Blevins
Hillwood Office Center
2800 Zelda Road, Suite 200-3
Montgomery, AL 36106

/S/ Shane T. Sears
OF COUNSEL

BRADFORD & SEARS, P.C.
FILE: (002)-1524
DATE: 3/7/07

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| VIOLA BELSER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 2:06-cv1038-MHT |
| ) | |
| PROGRESSIVE DIRECT, et cet., ) | |
| ) | |
| Defendant. ) | |

### RE-NOTICE TO TAKE DEPOSITION UPON ORAL EXAMINATION

TO: R. Larry Bradford, Esq.
Bradford & Sears, P.C.
200 Canyon Road, Suite 100
Birmingham, Alabama 35216

Please take notice that pursuant to the *Federal Rules of Civil Procedure,* Plaintiff Viola Belser will take the deposition upon oral examination of **PROGRESSIVE HALCYON INSURANCE CO., INC.**

The deposition will be taken before an officer authorized by law to administer oaths on Friday, April 6, 2007, beginning at 10:00 a.m., at the offices of Dunn, King & Assoc., 2800 Zelda Road, Suite 100-2, Montgomery, Alabama 36106, and shall be recorded by stenographic means.

The deposition will continue from day to day until completed. You are invited to attend and cross-examine.

The matters on which examination is requested are as follows:

1) the receipt and handling of Plaintiff's Uninsured Motorist ("UM") claim the subject of this litigation;



EXHIBIT A

1

2) the materials reviewed and conclusions reached by Defendant as to the severity of Plaintiff's physical injuries arising from the auto accident the subject of this litigation;

3) the policies, procedures, guidelines, for the processing of an insured's UM claim in effect during the time Plaintiff's UM claim was being processed;

4) all offers of settlement made by Defendant and how said offer(s) were determined;

5) the manner in which Defendant assesses/determines the value of a UM claim;

6) the procedure for establishing a "reserve" for the payment of an insured's UM claim;

7) the name and job title of each and every person involved with the handling of Plaintiff's UM claim;

8) the reports generated by third parties at the request of Defendant in any way related to the severity of Plaintiff's physical injuries; &

9) the terms and conditions of the relevant policy of insurance issued by Defendant to Plaintiff in effect at the time of the auto accident the subject of this litigation.

You are required by Rule 30(b)(6) of the *Federal Rules of Civil Procedure* to designate one or more officers, directors or managing agents or other persons who consent to testify on your behalf that have knowledge of the above matters and have them present themselves at the above time and place for examination upon oral deposition. The person so designated shall testify as to matters known or reasonably available to your organization.

The party to be examined is required by this request for production and other tangible things to produce the following materials, documents and things:

1. Any and all materials needed in order for the corporate representative to testify to specifics concerning the matters identified above.

2



_____
JERRY M. BLEVINS (BLE003)
Attorney for Plaintiff

OF COUNSEL:
Law Office of Jerry M. Blevins
Hillwood Office Center
2800 Zelda Road, Suite 200-3
Montgomery, Alabama 36106
(334) 262-7600 (Voice)
(334) 262-7644 (Fax)

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon:

R. Larry Bradford, Esq.
Bradford & Sears, P.C.
200 Canyon Road, Suite 100
Birmingham, Alabama 35216

by depositing a copy of the same in the U.S. Mail, postage prepaid, this the 5th day of March, 2007.

_____
Jerry M. Blevins

BRADFORD & SEARS, P.C.
FILE: _Co000 1524_
DATE: _____

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| VIOLA BELSER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PROGRESSIVE DIRECT, et cet., )<br>)<br>Defendant. ) | Civil Action No.: 2:06-cv1038-MHT |

## AMENDED NOTICE TO TAKE DEPOSITION UPON ORAL EXAMINATION

TO:   R. Larry Bradford, Esq.
      Bradford & Sears, P.C.
      200 Canyon Road, Suite 100
      Birmingham, Alabama 35216

Please take notice that pursuant to the *Federal Rules of Civil Procedure,* Plaintiff Viola Belser will take the deposition upon oral examination of **DONALD LEWIS.**

The deposition will be taken before an officer authorized by law to administer oaths on Friday, June 1, 2007, beginning at 10:00 a.m., at the offices of Dunn, King & Assoc., 2800 Zelda Road, Suite 100-2, Montgomery, Alabama 36106, and shall be recorded by stenographic means.

The deposition will continue from day to day until completed. You are invited to attend and cross-examine.

The deponent is requested to bring with him to the deposition of complete copy of his "claim file" concerning the claim the subject of this litigation.



EXHIBIT B

1

/s/ Jerry M. Blevins
JERRY M. BLEVINS (BLE003)
Attorney for Plaintiff

OF COUNSEL:
Law Office of Jerry M. Blevins
Hillwood Office Center
2800 Zelda Road, Suite 200-3
Montgomery, Alabama 36106
(334) 262-7600 (Voice)
(334) 262-7644 (Fax)

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon:

R. Larry Bradford, Esq.
Bradford & Sears, P.C.
200 Canyon Road, Suite 100
Birmingham, Alabama 35216

by depositing a copy of the same in the U.S. Mail, postage prepaid, this the 17th day of May, 2007.

/s/ Jerry M. Blevins
Jerry M. Blevins

2