IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| VIOLA BELSER, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO:2:06cv1038MHT |
| | ) |
| PROGRESSIVE HALCYON | ) |
| INSURANCE COMPANY, | ) |
| | ) |
|    Defendant. | ) |

**<u>MOTION TO SEVER</u>**

Comes now the defendant, Progressive Halcyon Insurance Company ("Progressive"), pursuant to Rule 21 of the Federal Rules of Civil Procedure, and moves the court to sever the trial of the bad faith claim from the trial of the uninsured motorist claim. In support of the motion, Progressive shows unto the court the following:

1.    Count I of the plaintiff's complaint alleges that the defendant, Progressive, breached its contract with the plaintiff.

2.    Count II of the plaintiff's complaint alleges that Progressive acted in bad faith in denying the plaintiff's uninsured motorist claim. Progressive has arguable or debatable reasons to support its claims decisions.

3.    The trial of the accident claim against Progressive with the trial of the bad faith claim against Progressive will result in confusion of the issues and prejudice to the defendant. Many of the witnesses and exhibits in the bad faith claim will be entirely different than the witnesses and exhibits in the UM claim.

4.Progressive requests that the court sever the trial of the bad faith claim against it.

/s/ R. Larry Bradford
R. Larry Bradford, Attorney for Defendant, Progressive Halcyon Insurance Company
Attorney Bar Code: BRA039

/s/ Shane T. Sears
Shane T. Sears, Attorney for Defendant, Progressive Halcyon Insurance Company
Attorney Bar Code: SEA026

OF COUNSEL:

Bradford & Sears, P.C.
2020 Canyon Road, Suite 100
Birmingham, AL 35216
(205)871-7733

**CERTIFICATE OF SERVICE**

I hereby certify that I have this the __11th__ day of June, 2007, served a copy of the foregoing to all attorneys of record by filing the same electronically to addresses as follows:

Jerry M. Blevins, Esq.
Law Office of Jerry M. Blevins
Hillwood Office Center
2800 Zelda Road, Suite 200-3
Montgomery, AL 36106

/s/ Shane T. Sears
OF COUNSEL