IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| VIOLA BELSER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PROGRESSIVE DIRECT )<br>INSURANCE COMPANY, INC., )<br>)<br>Defendant. ) | Civil Action No.: 2:06cv1038-MHT |

## PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO SEVER

**COMES NOW** the Plaintiff, Viola Belser, by and through her undersigned counsel, and files her opposition to Defendant's Motion to Sever, and say's as follows:

1. That on June 11, 2007, Defendant filed its Motion to Sever, wherein it requests that ". . . the court sever the trial of the bad faith claim from the trial of the uninsured motorist claim." (Doc. 19).

2. In support of its motion, Defendant states that "[t]he trial of the accident claim against Progressive with the trial of the bad faith claim against Progressive will result in confusion of the issues and prejudice to the defendant. Many of the witnesses and exhibits in the bad faith claim will be entirely different than the witnesses and exhibits in the UM claim." (Doc. 19, ¶3).

3. Plaintiff opposes Defendant's motion on the basis that Defendant has failed to establish any basis upon which it will be prejudiced by the trial of the UM and bad faith claims at the same trial.. Defendant makes only conclusory statements that it will be prejudiced.

4. In-fact, the majority, if not all, of the facts relative to the UM claim are undisputed, with the exception of whether Defendant breached the subject insurance contract in its

1

handling of the claim. This breach is the basis for the bad faith claim.

5. Contrary to Defendant's assertion the trial of the UM claim with the bad faith claim will make the best use of the Court's time and will avoid the necessity of presenting the same evidence at two separate trial before two separate juries.

**WHEREFORE** Plaintiff requests that the Court deny Defendant's Motion to Sever, for the reasons set forth herein.

/s/ Jerry M. Blevins
JERRY M. BLEVINS (BLE003)
Counsel for Plaintiff

OF COUNSEL:
Law Office of Jerry M. Blevins
Hillwood Office Center
2800 Zelda Road, Suite 200-3
Montgomery, Alabama 36106
(334) 262-7600 (Voice)
(334) 262-7644 (Fax)
E-Mail: ATTYJMBlev@aol.com

CERTIFICATE OF SERVICE

    I hereby certify that on the 13th day of June, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following parties or counsel:

        R. Larry Bradford, Esq.
        Bradford & Sears, P.C.
        200 Canyon Road, Suite 100
        Birmingham, Alabama 35216


                                      /s/ Jerry M. Blevins
                                      Jerry M. Blevins