IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
VIOLA BELSER,                  )
                               )
    Plaintiff,                 )
                               )    CIVIL ACTION NO.
    v.                         )    2:06cv1038-MHT
                               )
PROGRESSIVE DIRECT             )
INSURANCE COMPANY, INC.,       )
                               )
    Defendant.                 )
```

ORDER

It is ORDERED the motion to extend (Doc. No. 18) is denied. The extension request is untimely, and no reasonable justification has been offered for the untimeliness.

DONE, this the 14th day of June, 2007.

                               /s/ Myron H. Thompson
                        UNITED STATES DISTRICT JUDGE