IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |  |
|---|---|---|
| VIOLA BELSER, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:06cv1038-MHT |
| | ) | |
| PROGRESSIVE DIRECT | ) | |
| INSURANCE COMPANY, INC., | ) | |
| | ) | |
|    Defendant. | ) | |

## ORDER

It is ORDERED that the motion to sever (Doc. No. 19) is denied. The defendant contends that trial together of the uninsured-motorist and bad-faith claims "will result in confusion of the issues" because many of the witnesses and exhibits on the two claims will be entirely different for each. However, the defendant does not explain why the mere fact that many of the witnesses and exhibits will be different will cause confusion for the jury.

DONE, this the 14th day of June, 2007.

                                         /s/ Myron H. Thompson
                                   UNITED STATES DISTRICT JUDGE