**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

June 25, 2007

# NOTICE OF CORRECTION

**From:**            Clerk's Office

**Case Style:**      Viola Belser v. Progressive Direct Insurance Company, Inc.

**Case Number:**     #2:06-cv-01038-WHA

**Referenced Document:**   Document #26
                           Notice of Deficiency

**This Notice has been docketed to enter the correct pdf of the referenced document into the record. The original pdf contained an incorrect case number. The corrected pdf is attached to this document.**

**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

June 25, 2007

# NOTICE OF DEFICIENCY
# REGARDING CORPORATE/
# CONFLICT STATEMENT

**To:**       Counsel of Record for Plaintiff

**From:**    Clerk's Office

**Case Style:**   Viola Belser v. Progressive Direct Insurance Company, Inc.

**Case Number: #2:06-cv-01038-WHA**

**Notice is hereby given that pursuant to the Federal Rules of Civil Procedure 7.1, and this Court's General Order Miscellaneous Case No. 00-3047 parties are required to file their Corporate/Conflict Disclosure Statement at their initial appearance.**

   **No corporate/conflict disclosure statement has been filed by you in this action.**

**This deficiency must be corrected within ten (10) days from this date.  Please refer to attachment.**