**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

July 10, 2007

NOTICE OF ERROR

To: Counsel of Record

Case Style: Viola Belser v Progressive Direct Ins. Co.
2:06cv1038-WHA

Referenced Docket Entry: No. 29

The reference docket entry was filed by the Clerk's office in ERROR on 7/9/07 and is being STRICKEN from the docket. This resulted in an error on the docket sheet because the case was reassigned to another district judge. Please DISREGARD this docket entry.