IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| VIOLA BELSER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:06cv1038-WHA |
| | ) |
| PROGRESSIVE DIRECT INSURANCE | ) |
| COMPANY, INC., | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

This case having been reassigned to the undersigned judge, it is hereby ORDERED as follows:

1. The trial of this case, currently scheduled for July 23, 2007, is CONTINUED and RESET for the term of court commencing December 10, 2007.

2. A pretrial hearing will be set on October 29, 2007, with time to be set by later order.

3. All provisions of the Uniform Scheduling Order (Doc. #5), entered in this case on December 8, 2006, will remain in full force and effect, in the absence of a joint motion filed no later than July 20, 2007, requesting changes by agreement of the parties.

DONE this 10th day of July, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE