IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| VIOLA BELSER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO:2:06cv1038WHA |
| | ) |
| PROGRESSIVE HALCYON | ) |
| INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

## MOTION FOR SUMMARY JUDGMENT

Comes now the defendant, Progressive Halcyon Insurance Company ("Progressive"), pursuant to Rule 56 of the Federal Rules of Civil Procedure, and moves the court to enter a summary judgment in its favor on the ground that there are no genuine issues as to any material fact and that it is entitled to a summary judgment as a matter of law.

This motion is based upon the pleadings, the depositions of Viola Belser and Larry David Lackey. Progressive is submitting a statement of undisputed facts and memorandum brief in additional support of this motion.

/S/ R. Larry Bradford
R. Larry Bradford, Attorney
for Defendant, Progressive Halcyon
Insurance Company
Attorney Bar Code: BRA039

/S/ Jereme C. Logan
Jereme C. Logan, Attorney for Defendant,
Progressive Halcyon Insurance Company
Attorney Bar Code: LOG017

OF COUNSEL:

Bradford & Sears, P.C.
2020 Canyon Road, Suite 100
Birmingham, AL 35216
(205)871-7733

## CERTIFICATE OF SERVICE

I hereby certify that I have this the 17th day of July, 2007, served a copy of the foregoing to all attorneys of record by filing the same electronically to addresses as follows:

Jerry M. Blevins, Esq.
Law Office of Jerry M. Blevins
Hillwood Office Center
2800 Zelda Road, Suite 200-3
Montgomery, AL 36106

/S/ R. Larry Bradford
OF COUNSEL