IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| VIOLA BELSER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.:  2:06cv1038-WHA |
| | ) | |
| PROGRESSIVE DIRECT | ) | |
| INSURANCE COMPANY, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO STRIKE

**COMES NOW** the Plaintiff, Viola Belser, by and through her undersigned counsel, and respectfully moves the Court to Strike Defendant's Motion for Summary Judgment, and as grounds therefore say's as follows:

1. That on July 17, 2007, Defendant filed its Motion for Summary Judgment in this cause. (Doc. 32).

2. That Plaintiff asserts that Defendant's motion is due to be stricken as untimely filed.

3. In support thereof, Plaintiff notes that the Uniform Scheduling Order dated December 8, 2006, entered by the Hon. Myron Thompson, established the date of March 19, 2007, as the deadline for the filing of dispositive motions. (Doc. 5, Section 2).

4. That upon Judge Thompson recusing himself from this cause and reassignment of this matter to this Court, Your Honor entered an Order dated July 10, 2007, which, inter alia, ordered as follows: (Doc. 31).

   > "3.   All provisions of the Uniform Scheduling Order (Doc. #5), entered in this case on December 8, 2006, will remain in full force and effect, in the absence of a joint motion filed no later than July 20, 2007, requesting changes by agreement of the parties."

5. That a joint motion requesting changes to the dates embodied in the Uniform Scheduling

   Order has not been filed in this cause, nor has counsel for Defendant communicated with the undersigned concerning any desired changes.

6. That Defendant's motion, filed approximately four (4) months beyond the court imposed cut-off for the filing of dispositive motions, is untimely filed and due to be stricken.

**WHEREFORE** Plaintiff respectfully requests that the Court strike Defendant's Motion for Summary Judgment in its entirety, for the reasons set forth herein.

/s/ Jerry M. Blevins
JERRY M. BLEVINS (BLE003)
Counsel for Plaintiff

OF COUNSEL:
Law Office of Jerry M. Blevins
Hillwood Office Center
2800 Zelda Road, Suite 200-3
Montgomery, Alabama 36106
(334) 262-7600 (Voice)
(334) 262-7644 (Fax)
E-Mail: ATTYJMBlev@aol.com

2

<u>CERTIFICATE OF SERVICE</u>

    I hereby certify that on the 18th day of July, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following parties or counsel:

        R. Larry Bradford, Esq.
        Jerome C. Logan, Esq.
        Bradford & Sears, P.C.
        200 Canyon Road, Suite 100
        Birmingham, Alabama 35216

                          <u>/s/ Jerry M. Blevins</u>
                          Jerry M. Blevins