IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| VIOLA BELSER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:06cv1038-WHA |
| | ) |
| PROGRESSIVE DIRECT INSURANCE | ) |
| COMPANY, INC., | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

This case is before the court on the Motion to Strike (Doc. #35), filed by the Plaintiff on July 18, 2007. The Plaintiff asks the court to strike the Defendant's Motion for Summary Judgment (Doc. #32), filed on July 17, 2007, on the basis that it is untimely under the scheduling order previously entered in this case.

Section 2 of the Uniform Scheduling Order (Doc. #5) set a deadline for filing dispositive motions at ninety (90) days prior to the pretrial hearing. The date of the pretrial hearing having been changed to October 29, 2007, the deadline for filing motions for summary judgment is 90 days before that date. Therefore, the Defendant's Motion for Summary Judgment, filed on July 17, 2007, is timely, and it is hereby

ORDERED that the Motion to Strike is DENIED.

The Defendant's Motion for Summary Judgment will be deemed submitted to this Court on August 15, 2007, without oral argument. If either party desires oral argument, such party should so notify the Court and opposing counsel by August 15, 2007. If, after considering the

parties' submissions, the Court finds oral argument is necessary, a hearing will be scheduled, and the parties will be notified of the date of the hearing.

Affidavits, briefs, depositions, or other documents which the Plaintiff wishes to file in opposition to said motion shall be filed on or before August 8, 2007.

The Defendant shall have until August 15, 2007, to file any reply it wishes to file.

If a document, including a deposition, is to be considered on the issue of summary judgment, a party shall specifically designate which parts of the document are deemed relevant. The designation of parts of depositions shall be by page and line numbers.  No parts of documents not so specifically designated will be considered.

DONE this 18th day of July, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE