IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| VIOLA BELSER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.:  2:06cv1038-WHA |
| | ) | |
| PROGRESSIVE DIRECT | ) | |
| INSURANCE COMPANY, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR VOLUNTARY DISMISSAL

**COMES NOW** the Plaintiff, Viola Belser, by and through her undersigned counsel, and pursuant to Rule 41, *Fed.R.Civ.P.*, respectfully moves the Court for voluntary dismissal of this action, and as grounds therefore would show as follows:

1. That on July 17, 2007, Defendant filed its Motion for Summary Judgment in this cause. (Doc. 32, 33 & 34).

2. That the pending claims asserted by Plaintiff centers around an offer made by Defendant to settle Plaintiff's Uninsured Motorist ("UM") claim in October 2005. Plaintiff contends that the offer was unreasonable as a matter of law and amounted to a breach of contract and bad faith. (Doc. 1). Defendant takes the position in its summary judgment filing that, inter alia, Plaintiff "never made a specific demand for her claim during her contact with Progressive." (Doc. 33-1, p. 2, ¶4).

3. Plaintiff concedes that based upon the evidence before this Court, Plaintiff never expressed a clear intent to resolve her UM claim with Defendant, nor did Plaintiff ever make a specific settlement demand. Thus, while Plaintiff maintains her belief that Defendant's offer was unreasonable as a matter of law, because Plaintiff was unwilling to discuss settlement of her claim at the time of her communication with Defendant in

1

    October 2005, Defendant's actions resulted in no harm (damages) to Plaintiff.

4. However, during the pendency of this action, Defendant has been provided with all information/documentation it needs for a full and fair evaluation of Plaintiff's UM claim, and Plaintiff has made a specific demand for payment under the subject insurance contract.

5. That while Plaintiff no longer desires to pursue the pending claims relative to the offer made by Defendant in October 2005, Plaintiff does wish to preserve her rights to bring an action in the future dependent on the outcome of Defendant's present handling of her UM claim.

6. Thus, Plaintiff requests dismissal of the present action <u>without prejudice</u>.

   **WHEREFORE** Plaintiff respectfully requests that the Court dismiss this action without prejudice for the reasons set forth herein.

                                                       <u>/s/ Jerry M. Blevins</u>
                                                      JERRY M. BLEVINS (BLE003)
                                                      Counsel for Plaintiff

OF COUNSEL:
Law Office of Jerry M. Blevins
Hillwood Office Center
2800 Zelda Road, Suite 200-3
Montgomery, Alabama 36106
(334) 262-7600 (Voice)
(334) 262-7644 (Fax)
E-Mail: <u>ATTYJMBlev@aol.com</u>

CERTIFICATE OF SERVICE

    I hereby certify that on the 7th day of August, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following parties or counsel:

>R. Larry Bradford, Esq.
>Jerome C. Logan, Esq.
>Bradford & Sears, P.C.
>200 Canyon Road, Suite 100
>Birmingham, Alabama 35216

        /s/ Jerry M. Blevins
        Jerry M. Blevins