IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| VIOLA BELSER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06cv1038-WHA |
| ) | |
| PROGRESSIVE DIRECT INSURANCE ) | |
| COMPANY, INC., ) | |
| ) | |
| Defendant. ) | |

### ORDER

Upon consideration of Plaintiff's Motion for Voluntary Dismissal (Doc. #37), filed on August 7, 2007, it is

ORDERED that the Defendant shall show cause, if any there be, **on or before August 21**, **2007** why the motion should not be granted. The motion will be taken under submission on that day for determination without oral hearing.

DONE this 7th day of August, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE