IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| VIOLA BELSER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO:2:06cv1038WHA |
| | ) |
| PROGRESSIVE HALCYON | ) |
| INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

### OPPOSITION TO PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL

Comes now the defendant, Progressive Halcyon Insurance Company ("Progressive"), pursuant to the order entered by the court on August 7, 2007 and files its opposition to plaintiff's motion for voluntary dismissal as follows:

1. The plaintiff has requested a voluntary dismissal of this case.

2. Progressive does not object to a dismissal of the UM claim without prejudice. However, it objects to the dismissal of the bad faith claim without prejudice.

3. As argued in Progressive's motion for summary judgment, Progressive has never denied the plaintiff's UM claim. In fact, it offered to settle the claim with the plaintiff for $11,505.88.

4. Its representatives made a cognitive review of the plaintiff's UM claim. It discussed the claim with Viola Belser ("Belser"), obtained the police report, and obtained

medical records. Progressive's representative also confirmed Blue Cross and Blue Shield's subrogation claim.

5. The mere fact that Progressive offered less than what the insured wants does not give rise to a bad faith claim.

6. Progressive did not act in bad faith in its handling of this claim and it requests that the court dismiss the plaintiff's bad faith claim with prejudice.

/S/ R. Larry Bradford
R. Larry Bradford, Attorney for Defendant, Progressive Halcyon Insurance Company
Attorney Bar Code: BRA039


/S/ Shane T. Sears
Shane T. Sears, Attorney for Defendant, Progressive Halcyon Insurance Company
Attorney Bar Code: SEA026

OF COUNSEL:

Bradford & Sears, P.C.
2020 Canyon Road, Suite 100
Birmingham, AL 35216
(205)871-7733

## **CERTIFICATE OF SERVICE**

     I hereby certify that I have this the 21st day of August, 2007, served a copy of the foregoing to all attorneys of record by filing the same electronically to addresses as follows:

Jerry M. Blevins, Esq.
Law Office of Jerry M. Blevins
Hillwood Office Center
2800 Zelda Road, Suite 200-3
Montgomery, AL 36106

                                                  /S/ R. Larry Bradford
                                                  OF COUNSEL