IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| VIOLA BELSER, | ) |
| | ) |
| Plaintiff, | ) |
| | )   CIVIL ACTION NO. 2:06cv1038-WHA |
| vs. | ) |
| | ) |
| PROGRESSIVE DIRECT INSURANCE COMPANY, INC., | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Upon consideration of the Plaintiff's Motion for Voluntary Dismissal (Doc. #37) and the Defendant's response thereto, it is hereby

ORDERED that the parties participate in a conference call with the court on **August 27, 2007** at **9:00** a.m. to discuss the pending Motion for Voluntary Dismissal and the Defendant's response to that motion.  The parties are DIRECTED to discuss this matter with each other in advance of the conference call and attempt to resolve it.  If the matter is not resolved, the parties are to jointly agree as to which party will place the conference call.

Done this 22nd day of August, 2007.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE